# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**IN RE:**
**BURTON WIAND**
**RECEIVERSHIP**
**CASES PENDING**
**IN THE TAMPA**          **Case Nos.: 8:06-cv-605-T-17MSS, et al.,**
**DIVISION OF THE**
**MIDDLE DISTRICT**
**OF FLORIDA**

_____/

## ORDER

**THIS CAUSE** comes before the Court on the numerous inquiries by counsel for Defendants in the cases listed in Appendix A regarding the status of their cases and regarding the outcome of the hearing held on November 17, 2006, on the motions to dismiss filed in the cases listed in Appendix B. On January 12, 2007, a Report and Recommendation was entered by the Undersigned on the motions giving the parties to those motions twenty days to file objections to the Report and Recommendation. Accordingly, the cases listed in Appendix A remain stayed pending further notice of the Court.

**DONE** and **ORDERED** in Tampa, Florida on this 31st day of January 2007.

Copies furnished to:
Counsel of Record

MARY S. SCRIVEN
United States Magistrate Judge

-1-

## **APPENDIX A**

| | |
|---|---|
| 8:06-cv-00605-EAK-MSS | Wiand v. Terry |
| 8:06-cv-00606-RAL-MSS | Wiand v. Trugman |
| 8:06-cv-00607-JSM-MSS | Wiand v. Shaw |
| 8:06-cv-00608-EAK-MSS | Wiand v. Wornham |
| 8:06-cv-00610-JDW-MSS | Wiand v. Gruen, *et al* |
| 8:06-cv-00612-EAK-MSS | Wiand v. Isroff |
| 8:06-cv-00613-RAL-MSS | Wiand v. Hayes |
| 8:06-cv-00614-EAK-MSS | Wiand v. Dimont, *et al* |
| 8:06-cv-00615-EAK-MSS | Wiand v. Cottage Development LLC |
| 8:06-cv-00616-JDW-MSS | Wiand v. Kavensky |
| 8:06-cv-00617-SCB-MSS | Wiand v. Greenberg, *et al* |
| 8:06-cv-00622-RAL-MSS | Wiand v. Isroff |
| 8:06-cv-00623-RAL-MSS | Wiand v. Isroff |
| 8:06-cv-00632-SCB-MSS | Wiand v. Savran, *et al* |
| 8:06-cv-00633-EAK-MSS | Wiand v. Shaw |
| 8:06-cv-00634-JSM-MSS | Wiand v. Shaw |
| 8:06-cv-00635-RAL-MSS | Wiand v. Siegel |
| 8:06-cv-00636-EAK-MSS | Wiand v. Tuck, *et al* |
| 8:06-cv-00637-RAL-MSS | Wiand, *et al* v. Vinograd, *et al* |
| 8:06-cv-00638-SCB-MSS | Wiand v. Umansky |
| 8:06-cv-00639-SDM-MSS | Wiand v. Winkler, *et al* |
| 8:06-cv-00640-JSM-MSS | Wiand v. Baratz, *et al* |
| 8:06-cv-00641-JDW-MSS | Wiand v. Burman, *et al* |
| 8:06-cv-00642-SCB-MSS | Wiand v. Baratz, *et al* |
| 8:06-cv-00644-JSM-MSS | Wiand v. Feldman |
| 8:06-cv-00645-SCB-MSS | Wiand v. Levey, *et al* |
| 8:06-cv-00646-RAL-MSS | Wiand v. Nathenson, *et al* |
| 8:06-cv-00652-SDM-MSS | Wiand v. Nathenson, *et al* |
| 8:06-cv-00653-SCB-MSS | Wiand v. Shaw |
| 8:06-cv-00696-SCB-MSS | Wiand v. Sussman |
| 8:06-cv-00697-SCB-MSS | Wiand, *et al* v. Vinograd, *et al* |

| Case Number | Case Name |
| --- | --- |
| 8:06-cv-00698-JDW-MSS | Wiand v. Siegel |
| 8:06-cv-00700-SDM-MSS | Wiand v. Vinograd |
| 8:06-cv-00701-JSM-MSS | Wiand v. Garcia |
| 8:06-cv-00705-EAK-MSS | Wiand v. Waxenberg |
| 8:06-cv-00707-JDW-MSS | Wiand v. Saunders |
| 8:06-cv-00708-JSM-MSS | Wiand v. Waxenberg |
| 8:06-cv-00822-JSM-MSS | Wiand v. Vinograd |
| 8:06-cv-00823-RAL-MSS | Wiand v. Vinogrand |
| 8:06-cv-00824-SCB-MSS | Wiand v. Vinograd |
| 8:06-cv-00825-SDM-MSS | Wiand v. Vinograd |
| 8:06-cv-00826-SCB-MSS | Wiand v. Disraeli |
| 8:06-cv-00827-JSM-MSS | Wiand v. Disraeli |
| 8:06-cv-00828-SDM-MSS | Wiand, *et al* v. Harris, *et al* |
| 8:06-cv-00830-RAL-MSS | Wiand, *et al* v. Isaacson, *et al* |
| 8:06-cv-00831-RAL-MSS | Wiand v. Neumann, *et al* |
| 8:06-cv-00832-SDM-MSS | Wiand, *et al* |
| 8:06-cv-00833-JDW-MSS | Wiand v. Adatto |
| 8:06-cv-00834-SCB-MSS | Wiand v. Seidman, *et al* |
| 8:06-cv-00835-RAL-MSS | Wiand v. Shaw |
| 8:06-cv-00836-SCB-MSS | Wiand v. Singer |
| 8:06-cv-00837-EAK-MSS | Wiand, *et al* v. Stevenson |
| 8:06-cv-01048-JDW-MSS | Wiand v. Rubin |
| 8:06-cv-01049-EAK-MSS | Wiand v. Baratz, *et al* |
| 8:06-cv-01069-JSM-MSS | Wiand v. Browning |
| 8:06-cv-01070-RAL-MSS | Wiand v. Saltz |
| 8:06-cv-01072-JDW-MSS | Wiand v. Goldstein, *et al* |
| 8:06-cv-01073-JSM-MSS | Wiand v. Shaw |
| 8:06-cv-01075-JDW-MSS | Wiand v. Waxenberg |
| 8:06-cv-01092-JSM-MSS | Wiand v. Glaser, *et al* |
| 8:06-cv-01203-EAK-MSS | Wiand v. Abiri |

## **APPENDIX B**

|     | Defendant(s) | Case No. | Doc. No(s). of Motion(s) |
|-----|---|---|---|
| 1.  | Waxenberg, *et al* | 8:05-cv-1856-T-27MSS | 25, 29 |
| 2.  | Abraham | 8:06-cv-609-T-23MSS | 8 |
| 3.  | Dell, *et al* | 8:06-cv-611-T-23MSS | 9 |
| 4.  | Court Street, LLC | 8:06-cv-618-T-17MSS | 7 |
| 5.  | Owens | 8:06-cv-631-T-27MSS | 9 |
| 6.  | Conner, *et al* | 8:06-cv-643-T-30MSS | 10 |
| 7.  | Harvey Levine, *et al* | 8:06-cv-647-T-23MSS | 5 |
| 8.  | Owens, *et al* | 8:06-cv-648-T-30MSS | 9 |
| 9.  | Libor Partners | 8:06-cv-649-T-26MSS | 9 |
| 10. | Rampell Partnership, *et al* | 8:06-cv-650-T-30MSS | 15 |
| 11. | Nessel | 8:06-cv-651-T-27MSS | 7 |
| 12. | Owens | 8:06-cv-699-T-30MSS | 12 |
| 13. | Rosenberg | 8:06-cv-703-T-23MSS | 11 |
| 14. | Schnall, *et al* | 8:06-cv-706-T-23MSS | 18 |